1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PETER JON ELLIS,                           No.  2:23-cv-0217 CKD P

12              Plaintiff,

13        v.                                      ORDER AND

14    LETICIA MERAZ-HENDRICKS, et al.,            FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17        On March 3, 2023, plaintiff's complaint was dismissed and thirty days leave to file an

18   amended complaint was granted.  The thirty-day period has now expired, and plaintiff has not

19   filed an amended complaint.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

21   court judge to this case; and

22        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

23   Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

28   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

1 | time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

2 | Cir. 1991).

3 | Dated:  April 19, 2023

4 | _____
    CAROLYN K. DELANEY

5 | UNITED STATES MAGISTRATE JUDGE

6

7

8 | 1
    elli0217.fta

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28